1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY C. ALTIMIRANO,                    No.  2:15-cv-0648 AC

12              Plaintiff,

13         v.                               ORDER

14   CAROLYN W. COLVIN, ACTING
     COMMISSIONER OF SOCIAL
15   SECURITY,

16              Defendant.

17

18         Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security

19   ("Commissioner") denying an application for disability benefits under Titles II and XVI of the

20   Social Security Act.  Under the venue statute governing this action, plaintiff may obtain a review

21   of any final decision of the Commissioner made after a hearing to which the plaintiff was a party,

22   by commencing a civil action in the federal district court for the judicial district in which the

23   claimant resides.  42 U.S.C. §§ 405(g) & 1383(c)(3).  According to his complaint, plaintiff resides

24   in Visalia, California, which is located in Tulare County.  That county is part of the Fresno

25   Division of the United States District Court for the Eastern District of California.  See E.D. Cal.

26   R. ("Local Rule") 120(d).

27         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

28   division of a court may, on the court's own motion, be transferred to the proper division of the

                                             1

1    court. Therefore, this action will be transferred to the Fresno Division of the court.

2       Good cause appearing, IT IS HEREBY ORDERED that:

3       1. This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Fresno; and

5       2. All future filings shall reference the new Fresno case number assigned and shall be filed

6    at:

7         United States District Court
            Eastern District of California

8         2500 Tulare Street
            Fresno, CA  93721

9

10    DATED: March 24, 2015

11

12                        ALLISON CLAIRE
                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28