# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY C. ALTAMIRANO,<br><br>             Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:15-cv-00458-SAB<br><br>ORDER REQUIRING DECLARATION OF PLAINTIFF TO BE FILED WITHIN TEN DAYS |

On March 19, 2015, Plaintiff Tony C. Altamirano ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits pursuant to the Social Security Act. On March 21, 2015, Plaintiff filed an application to proceed in forma pauperis which was granted and counsel filed a pro hac vice application which was denied. When Plaintiff's application to proceed in forma pauperis was granted a summons issued. Plaintiff must comply with the time requirements of the scheduling order issued March 26, 2015 in effecting service in this action.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that, within ten (10) days from the date of service of this order, Plaintiff shall file a declaration informing the Court of the status of his representation in this action. Additionally, the declaration shall inform the Court of Plaintiff's contact information.

IT IS SO ORDERED.

Dated:   **March 27, 2015**

UNITED STATES MAGISTRATE JUDGE