```
1   BENJAMIN B. WAGNER
    United States Attorney
2   DEBORAH LEE STACHEL
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    MARCELO ILLARMO (MABN 670079)
4   Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone: (415) 977-8944
6        Facsimile: (415) 744-0134
         E-Mail: Marcelo.Illarmo@ssa.gov
7
    Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ALTAMIRANO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 15-458-SAB<br><br>**ORDER AND STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

   Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge (ALJ) to hold a new hearing; give the claimant an opportunity to testify and submit additional evidence; reweigh the relevant medical opinions of record, including the medical opinion of Chi Nguyen, M.D; further consider the claimant's residual functional capacity; if warranted, obtain

supplemental vocational expert testimony; and issue a new decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  September 30, 2015
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant

Dated: September 30, 2015

*/s/ Lawrence Rohlfing*
LAWRENCE ROHLFING
(as authorized via email on September 29, 2015)
Attorney at Law
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated:  **October 1, 2015**

_____
UNITED STATES MAGISTRATE JUDGE